WILLIAM P. VAN RENSSELAER *against* ABRAM WIT-
BECK and another.

*Assessment roll and tax warrant, when no protection
to collector.*

TRESPASS for taking and disposing of plaintiff's per-
sonal property. The defendant, Sharpe, as collector of
taxes for the town of Greenbush, took the property to
satisfy a tax against the plaintiff. The defendant, Wit-
beck, was supervisor of that town, and signed the war-
rant by virtue of which the taking was sought to be
justified. The certificate of the assessors, attached to
the assessment roll to which the warrant was annexed,
was in substance that they had estimated the value of
the real estate in the town of Greenbush, " at the sums
*which a majority of the assessors had deemed proper*,"
and that the assessment roll contained a true statement
of the aggregate amount of the taxable personal estate
of each person named therein, over and above the debts
due from such persons respectively, and excluding stock
otherwise taxable, "*according to the usual way of
assessing.*"

*Held*, that the certificate was not such as the statute
relative to the assessment of taxes required.

That the board of supervisors had no jurisdiction to
act upon an assessment roll lacking such certificate in
substance as is described in the statute, and that the
assessment and warrant in question were therefore void.

That the want of jurisdiction of the board of super-
visors to act upon such a roll was apparent on the face
of the roll; and that the warrant attached to it, there-
fore, afforded no protection to the officer executing it.

(See 7 Barb. 133 ; 7 N. Y. 517, S. C.)